UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 12-20027-CR-SEITZ

UNITED STATES OF AMERICA,

    Plaintiff,

v.

ROLLIN CHERY,

    Defendant.
_____/

## ORDER AFFIRMING REPORT & RECOMMENDATION

This matter is before the Court on the Report and Recommendation (R&R) [DE 37] of the Honorable Andrea M. Simonton recommending that the Motion to Suppress [DE 22] be DENIED. The Court has reviewed Judge Simonton's R&R, to which no objections have been filed, and the transcript of the hearing held on April 4, 2012. Based on a *de novo* review of the record, the Court finds the facts set forth in the R&R are not only not clearly erroneous they are amply supported by the record and Judge Simonton has correctly applied the law to those facts. Therefore, it is hereby

ORDERED that:

1. The R&R of Magistrate Judge Simonton is RATIFIED, AFFIRMED, and made the Order of the District Court.

2. Defendants' Motion to Suppress [DE 22] is DENIED.

DONE AND ORDERED in Miami, Florida this 8th day of May, 2012.

                                    PATRICIA A. SEITZ
                                  UNITED STATES DISTRICT JUDGE

Copies to:
The Honorable Andrea M. Simonton
Counsel of Record